■ In the Matter of ROBERT L. SCHNEIDERMAN, Appellant, v LUV-A-CUP COFFEE SERVICE, LTD., Respondent. [614 NYS2d 112] — Judgment, Supreme Court, New York County (Karla Moskowitz, J.), entered on or about March 31, 1993, which, insofar as appealed from, upon fixing the fair value of petitioner's shares in respondent corporation pursuant to Business Corporation Law § 1118, denied petitioner interest on such fair value, unanimously affirmed, with costs.

Under Business Corporation Law § 1118, the award of interest, and its rate, are expressly made discretionary with the court, and should be refused if the petitioner has acted in bad faith *(Matter of Blake v Blake Agency,* 107 AD2d 139, 150, *lv denied* 65 NY2d 609). We agree with the IAS Court that petitioner's frivolous reliance on the voting trust agreement held void in the prior Illinois action evidenced his bad faith. Concur—Ellerin, J. P., Ross, Nardelli and Williams, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY CALDERON, Appellant. [614 NYS2d 111] —Judgment, Supreme Court, New York County (Mary Davis, J., at hearing; Allen Alpert, J., at plea and sentence), rendered May 14, 1992, convicting defendant, upon his plea of guilty, of attempted robbery in the third degree, and sentencing him, as a second felony offender, to a term of from 1½ to 3 years, unanimously affirmed.

The hearing court's denial of assigned counsel's application to be relieved was a proper exercise of its discretion, defendant having already had three other attorneys assigned to him in this case *(see, People v Sides,* 75 NY2d 822, 825). We also note that defendant pled guilty after his suppression motion was denied, and does not demonstrate on appeal that the tension with his attorney that existed prior to the suppression hearing affected the voluntariness of his plea. Concur— Ellerin, J. P., Ross, Nardelli and Williams, JJ.